UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

MANUEL PLAISANCE (#196480)

VERSUS            CIVIL ACTION NO.: 08-497-JVP-CN

LOUISIANA STATE PENITENTIARY,
ET AL

## RULING

The court, having carefully considered the complaint, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland dated July 9, 2009, to which no objection has been filed, hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion.

Accordingly, the defendants' Motion for Summary Judgment (doc. 21) is hereby **GRANTED**, dismissing the plaintiff's claims for failure to exhaust administrative remedies as mandated by 42 U.S.C. § 1997e. Defendants' Motion to Dismiss is hereby **DENIED** as moot and this action shall be **DISMISSED**.

Judgment shall be entered accordingly.

Baton Rouge, Louisiana, July 29, 2009.

JOHN V. PARKER
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA